UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA L. DOLL,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-07-0053-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 23.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will (1) reevaluate all of Plaintiff's medically determinable mental impairments absent evidence of drug and alcohol abuse (DAA) pursuant to P.L. 104-121, and  provide cogent rationale to support the finding on severity of these impairments after obtaining further

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

input from a medical expert in the field of mental health; (2) address the moderate limitation imposed by Plaintiff's mental impairments absent DAA, opined by the medical expert in the prior hearing; (3) in the event it is found that Plaintiff's mental impairments absent DAA impose significant limitations and/or restrictions, then evidence from a vocational expert should be sought; and (4) in the event Plaintiff is found to be disabled, then the ALJ will address the issue of non-compliance with treatment, pursuant to Social Security Ruling 82-59. Plaintiff may present new arguments and further medical evidence if such evidence becomes available.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 23)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 1, 2007.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2